# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>MARIO HECTOR HERRERA-MARTINEZ,<br><br>　　　　　　　Defendant. | Case No. 16cr1808-AJB<br><br>**ORDER AND JUDGMENT OF DISMISSAL**<br><br>**(Doc. No. 29)** |

　　Upon motion of the United States of America, IT IS HEREBY ORDERED that the First Superseding Indictment [Dkt. 21] and the underlying Indictment [Dkt. 14] in the above-entitled case be dismissed without prejudice.

　　IT IS SO ORDERED.

Dated: October 7, 2016

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　Hon. Anthony J. Battaglia
　　　　　　　　　　　　　　　　　　　United States District Judge